**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 30, 2008**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

PUBLIC MINISTER WILLIAM
LORD PUNCHARD; ROYAL
CONTINENTAL SUDAN AFRICA
GOVERNMENT; PUBLIC MINISTER
DENECE WILLIAMS; EDDY
WRIGHT; AGENT WILL BANKS,

        Plaintiffs - Appellants,

v.

THE SIXTH JUDICIAL STATE
DISTRICT COURT JUDGE GARRY
JEFFRIES; THE SIXTH JUDICIAL
STATE DISTRICT COURT; THE
SIXTH JUDICIAL DISTRICT
ATTORNEY OFFICE; N.M. STATE
GOVERNOR BILL RICHARDSON;
THE STATE OF NEW MEXICO,

        Defendants - Appellees.

No. 08-2147

District of New Mexico

(D.C. No. 1:07-CV-01284 MCA-WPL)

---

**ORDER AND JUDGMENT**[*]

---

[*]After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is therefore submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Before **TACHA**, **KELLY** and **McCONNELL**, Circuit Judges.

_____

This appeal is wholly frivolous. Appellant's brief is gibberish. The appeal from the judgment of the United States District Court for the District of New Mexico is therefore **DISMISSED**. Plaintiff's motion to proceed *in forma pauperis* is **DENIED**.

Entered for the Court,

Michael W. McConnell
Circuit Judge